

Frances Hewitt Strange, Shreveport, LA, Lucy G. Sikes, Alexandria, LA, for Appellee.

Lawrence Ludka, Assistant U.S. Attorney, Corpus Christi, TX, for Defendant–Appellee.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Coyett Deon Johnson, federal prisoner # 07403–064, appeals from the district court's dismissal without prejudice of his 42 U.S.C. § 1983 civil rights complaint for want of prosecution. Because Johnson's motion filed with this court pursuant to Rule 60(b) does not clearly evince an intent to appeal from the district court's dismissal order, this court does not have jurisdiction to entertain this appeal. *See Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir.1987). Because the clerk's office inadvertently docketed Johnson's Rule 60(b) motion as a notice of appeal, the district court's jurisdictional impediment to ruling on the motion is now removed. The appeal is DISMISSED FOR LACK OF JURISDICTION. Appellant's request for leave to file reply brief out of time is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

